ANTHONY CONSIGLIO, Respondent, v. SAMUEL E. NORRIS, Appellant, and DUOVAC RADIO TUBE CORPORATION, Defendant.— Order denying motion of defendant Norris to vacate notice of examination before trial affirmed, with ten

dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.